THOMAS RYAN, as Administrator, etc., Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

(Argued February 25, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made December 18, 1889, which affirmed a judgment in favor
of defendant entered upon a decision of the court on trial at
Circuit.

*Thomas Young* for appellant.

*E. B. Hinsdale* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY, J., not voting and BROWN, J.,
not sitting.
Judgment affirmed.